UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. MISSUD,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 15-cv-05596-JCS<br><br>**ORDER RE CASE MANAGEMENT AND PRETRIAL ORDER** |

Plaintiff has filed a Request for Clarification Regarding Docket No. 25, Case Management and Pretrial Order ("Request"). The Court issued its Case Management and Pretrial Order ("CMC Order") following a case management conference on March 11, 2016. In the CMC Order, the Court stated that "dispositive motions shall be filed on or before July 15, 2016, with the reply brief to be due four (4) weeks before the scheduled hearing date." Apparently, Plaintiff is unclear as to when the hearing on dispositive motions is to be held. As the Court explained at the March 11, 2016 case management conference, the parties' summary judgment motions shall be filed (not heard) on July 15, 2016. The Court expressly stated at the case Management Conference that the motions should be noticed for hearing "seven weeks out" with the Reply briefs to be filed four weeks in advance of the hearing date. As Plaintiff has requested clarification, the Court sets the following dates:

Summary Judgment Motions filed:   **July 15, 2016**

Oppositions to summary judgment motions filed:  **August 5, 2016**

Reply on summary judgment motions filed:  **August 19, 2016**

Hearing Date:  **To Be Determined by the Court at the completion of briefing**

The Court notes that Plaintiff states in his that his availability to appear at the hearing on

the summary judgment motion(s) may be limited because he is currently in cancer treatment. Once the Court has set a specific hearing date, Plaintiff may request a continuance on that basis if necessary medical treatment prevents him from appearing at the hearing on that date.

**IT IS SO ORDERED.**

Dated: June 27, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge

2